UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — — x

GAVIN/SOLOMONESE LLC, the Liquidating Trustee
of the Waste2Energy Liquidating Trust created in
accordance with the confirmed Chapter 11 Plan of          :  13-CV-06400 (HB)
Reorganization for WATSE2ENERGY HOLDINGS, INC., :
WASTE2ENERGY, INC., WASTE2ENERGY GROUP
HOLDINGS PLC, AND WASTE2ENERGY
TECHNOLOGIES INTERNATIONAL LTD.,

                         Plaintiff,

      -against-                                          :  **STIPULATION**

CHRISTOPHER D'ARNAUD-TAYLOR, PETER
BOHAN, JOHN JOSEPH MURPHY, CHARLES VISTA, :
LLC, GREGG LORENZO, AND FRANCIS LORENZO,

                      Defendants.

— — — — — — — — — — — — — — — — — — — — — — — — x

IT IS HEREBY STIPULATED AND AGREED that: (i) the time for Plaintiff,

Gavin/Solomonese, LLC, the Liquidating Trustee of the Waste2Energy Liquidating Trust, to

oppose the respective motions to dismiss filed by Defendants, Christopher D'Arnaud-Taylor,

Peter Bohan, John Joseph Murphy, Charles Vista, LLC, Gregg Lorenzo, and Francis Lorenzo

("Defendants"), shall be extended to and including April 14, 2014; and (ii) the time for

Defendants to file their respective reply briefs, if any, shall be extended to and including May 5,

2014.

Dated: March 25, 2014
      New York, New York

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.

By:_____
    Steven L. Klepper
900 Third Avenue, 16th Floor
New York, New York 10022
Phone: (212) 752-8000

*Co-Counsel for Plaintiff Gavin/Solomonese LLC*


KATTEN MUCHIN ROSENMAN LLP

By:_____
    Bruce G. Vanyo
    William M. Regan
    Jonathan A. Rotenberg
575 Madison Avenue
New York, New York 1022
Phone: (212) 940-8800

*Counsel for Defendants Christopher
D'Arnaud-Taylor and John Joseph Murphy*


EDWARDS WILDMAN PALMER LLP

By:_____
    Ira G. Greenberg
705 Lexington Avenue, 8th Floor
New York, New York 10022
Phone: (212) 308-4411
*Counsel for Defendant Peter Bohan*


GUSRAE KAPLAN NUSBAUM PLLC

By:_____
    Alison Cohen
120 Wall Street
New York, New York 10005
Phone: (212) 269-1400
*Counsel for Defendants Gregg Lorenzo and
Charles Vista, LLC*


By:_____
    Francis V. Lorenzo, *pro se*
Vice President, Investment Banking
Charles Vista, LLC
100 William Street, 18th Floor, Suite 1820
New York, New York 10038


**SO ORDERED:**

Dated: New York, New York
      March ___, 2014

             _____
             Honorable Harold Baer, Jr.
             United States District Court Judge

49676/0002-10447541v1

Dated: March ___, 2014
       New York, New York

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.

By: _____
       Steven L. Klepper
900 Third Avenue, 16th Floor
New York, New York 10022
Phone: (212) 752-8000

*Co-Counsel for Plaintiff Gavin/Solomonese LLC*

KATTEN MUCHIN ROSENMAN LLP

By: _____
       Bruce G. Vanyo
       William M. Regan
       Jonathan A. Rotenberg
575 Madison Avenue
New York, New York 1022
Phone: (212) 940-8800

*Counsel for Defendants Christopher
D'Arnaud-Taylor and John Joseph Murphy*

EDWARDS WILDMAN PALMER LLP

By: _____
       Ira G. Greenberg
705 Lexington Avenue, 8th Floor
New York, New York 10022
Phone: (212) 308-4411
*Counsel for Defendant Peter Bohan*

GUSRAE KAPLAN NUSBAUM PLLC

By: _____
       Alison Cohen
120 Wall Street
New York, New York 10005
Phone: (212) 269-1400
*Counsel for Defendants Gregg Lorenzo and
Charles Vista, LLC*

By: _____
       Francis V. Lorenzo, *pro se*
Vice President, Investment Banking
Charles Vista, LLC
100 William Street, 18th Floor, Suite 1820
New York, New York 10038

**SO ORDERED:**

Dated: New York, New York
       March ___, 2014

                    _____
                    Honorable Harold Baer, Jr.
                    United States District Court Judge

49676/0002-10447541v1

Dated: March ___, 2014
      New York, New York

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.

By: _____
     Steven L. Klepper
900 Third Avenue, 16th Floor
New York, New York 10022
Phone: (212) 752-8000

*Co-Counsel for Plaintiff Gavin/Solomonese LLC*


EDWARDS WILDMAN PALMER LLP

By: _____
     Ira G. Greenberg
705 Lexington Avenue, 8th Floor
New York, New York 10022
Phone: (212) 308-4411
*Counsel for Defendant Peter Bohan*


By: _____
     Francis V. Lorenzo, *pro se*
Vice President, Investment Banking
Charles Vista, LLC
100 William Street, 18th Floor, Suite 1820
New York, New York 10038


KATTEN MUCHIN ROSENMAN LLP

By: _____
     Bruce G. Vanyo
     William M. Regan
     Jonathan A. Rotenberg
575 Madison Avenue
New York, New York 1022
Phone: (212) 940-8800

*Counsel for Defendants Christopher
D'Arnaud-Taylor and John Joseph Murphy*


GUSRAE KAPLAN NUSBAUM PLLC

By: _____
     Alison Cohen
120 Wall Street
New York, New York 10005
Phone: (212) 269-1400
*Counsel for Defendants Gregg Lorenzo and
Charles Vista, LLC*


**SO ORDERED:**

Dated: New York, New York
     March ___, 2014

                   _____
                   Honorable Harold Baer, Jr.
                   United States District Court Judge

2

49676/0002-10447541v1

Dated: March ___, 2014
New York, New York

| | |
|---|---|
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | KATTEN MUCHIN ROSENMAN LLP |

By: _____
    Steven L. Klepper
900 Third Avenue, 16th Floor
New York, New York 10022
Phone: (212) 752-8000

*Co-Counsel for Plaintiff Gavin/Solomonese LLC*

By: _____
    Bruce G. Vanyo
    William M. Regan
    Jonathan A. Rotenberg
575 Madison Avenue
New York, New York 1022
Phone: (212) 940-8800

*Counsel for Defendants Christopher D'Arnaud-Taylor and John Joseph Murphy*

EDWARDS WILDMAN PALMER LLP

By:_____
    Ira G. Greenberg
705 Lexington Avenue, 8th Floor
New York, New York 10022
Phone: (212) 308-4411
*Counsel for Defendant Peter Bohan*

By:_____
    Francis V. Lorenzo, *pro se*
Vice President, Investment Banking
Charles Vista, LLC
100 William Street, 18th Floor, Suite 1820
New York, New York 10038

GUSRAE KAPLAN NUSBAUM PLLC

By:_____
    Alison Cohen
120 Wall Street
New York, New York 10005
Phone:  (212) 269-1400
*Counsel for Defendants Gregg Lorenzo and Charles Vista, LLC*

**SO ORDERED:**

Dated: New York, New York
      March ___, 2014

_____
Honorable Harold Baer, Jr.
United States District Court Judge

49676/0002-10447541v1