N.Y.S.D. Case # 13-cv-6400(LAP)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand and sixteen.

_____

Gavin/Solmonese LLC, the Liquidating Trustee of the Waste2Energy Liquidating Trust created in accordance with the confirmed Chapter 11 Plan of Reorganization for Waste2Energy Holdings, Inc.,

    Plaintiff-Appellant,

    v.

Christopher D'Arnaud-Taylor, Peter Bohan, John Joseph Murphy, Charles Vista, LLC, Gregg Lorenzo, Francis Lorenzo,

    Defendants-Appellees.

_____

STATEMENT OF COSTS
Docket No. 15-160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 22, 2016

    IT IS HEREBY ORDERED that costs are taxed in the amount of $177.80 in favor of Appellee Francis Lorenzo.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/22/2016